# LAW OFFICES OF
## SIDNEY L. GOLD & ASSOCIATES
A PROFESSIONAL CORPORATION

1835 MARKET STREET, SUITE 515
PHILADELPHIA, PA 19103
(215) 569-1999    FAX (215) 569-3870

SIDNEY L. GOLD * + **
WILLIAM RIESER*
JAMIE L. FORD*
BRIAN C. FARRELL*
MARGARET KING*
GIUSEPPE V. GALANTUOMO

\*   ALSO ADMITTED IN NEW JERSEY
\+   ALSO ADMITTED IN NEW YORK
\** ALSO ADMITTED IN DISTRICT OF COLUMBIA

October 12, 2023

Honorable Elizabeth A. Pascal
United States Magistrate Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room
Camden, NJ 08101

Re:   William T. Lavell v. Camden County College
      U.S. District Court for the District of New Jersey No.: 21-6832

Dear Judge Pascal:

I am writing to respectfully request a one (1) week extension of the deadline to file dispositive motions.

Unfortunately, I have been ill and tied up with pending deadlines in other matters. I have spoken with counsel for the Defendant and they agree to this request for extension.

Accordingly, dispositive motions would now be due on October 20, 2023. *granted*

We appreciate Your Honor's consideration of this request.

Respectfully,

/s/ William Rieser, Esquire

WR | ars
cc:   Kathleen E. Dohn, Esquire (Via ECF)
      William M. Tambussi, Esquire (Via ECF)
      Alyssa I. Lott, Esquire (Via ECF)

SO ORDERED this 12Th day of October 20 23

Elizabeth A. Pascal, U.S.M.J