# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967

Kathleen E. Dohn, Esq.
kdohn@brownconnery.com

November 27, 2023

**Via ECF**
The Honorable Karen M. Williams
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Courtroom 4A
Camden, NJ 08101

Re: **Lavell v. Camden County College**
    **Civil Action No.: 1:21-cv-06832-KMW-EAP**

Dear Judge Williams:

We are writing on behalf of both parties to respectfully request an extension of the Motion Date for the following motions currently scheduled before Your Honor on January 2, 2024:

1. Defendant's Motion to Bar the Expert Reports and Testimony of Dr. Don Thompson (ECF No. 75);
2. Defendant's Motion for Summary Judgment (ECF No. 76); and
3. Plaintiff's Partial Motion for Summary Judgment (ECF No. 78).

The parties respectfully request a one-cycle adjournment of the above motions. Accordingly, the Motion date for the above motions shall be January 16, 2024.

We thank the Court for its consideration of this matter.

Respectfully submitted,
**BROWN & CONNERY, LLP**

*s/ Kathleen E. Dohn*
Kathleen E. Dohn, Esq.

cc:   William Rieser, Esquire *(via ECF)*

7MX5031