LAW OFFICES OF
## SIDNEY L. GOLD & ASSOCIATES
A PROFESSIONAL CORPORATION

_____

1835 MARKET STREET, SUITE 515
PHILADELPHIA, PA 19103
(215) 569-1999   FAX (215) 569-3870

SIDNEY L. GOLD * + **
WILLIAM RIESER*
JAMIE L. FORD*
BRIAN C. FARRELL*
MARGARET KING*
GIUSEPPE V. GALANTUOMO

\*         ALSO ADMITTED IN NEW JERSEY
\+        ALSO ADMITTED IN NEW YORK
\**       ALSO ADMITTED IN DISTRICT OF COLUMBIA

December 28, 2023

Honorable Elizabeth A. Pascal
United States Magistrate Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room
Camden, NJ 08101

   **Re: William T. Lavell v. Camden County College**
     <u>**U.S. District Court for the District of New Jersey No.:  21-6832**</u>

Dear Judge Pascal:

  I am writing to respectfully request an extension of the Motion date set for the following outstanding motions:

1. Defendant's Motion to Bar the Expert Reports and Testimony of Dr. Don Thompson (Docket Entry 75).
2. Defendant's Motion for Summary Judgment (Docket Entry 76).
3. Plaintiff's Partial Motion for Summary Judgment (Docket Entry 78).

  Unfortunately, my child and I have the flu.  Therefore, I respectfully request that the Motion date for the above motions be set for February 5, 2024.  Defense counsel has no objection to this request.  The parties do not anticipate requesting further extension.

  We appreciate Your Honor's consideration of this request.

         Respectfully,

         <u>/s/ William Rieser, Esquire</u>

WR | ars
cc: Kathleen E. Dohn, Esquire (Via ECF)
   William M. Tambussi, Esquire (Via ECF)
   Alyssa I. Lott, Esquire (Via ECF)